

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| RICHARD RILEY<br>LA. DOC #124765 | CIVIL ACTION NO. 3:10-cv-1819 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| LARRY G. COX, ET AL. | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff's civil rights Complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. §§1915 and 1915A.

MONROE, LOUISIANA, this 4 day of April, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE